■ LIONEL J. OTERO, Respondent, v MARK CORIO, Appellant. —Order of the Supreme Court, Richmond County, dated June 19, 1984, affirmed, with costs, for reasons stated by Justice Sangiorgio at Special Term. Lazer, J. P., Thompson, O'Connor, Rubin and Kunzeman, JJ., concur.